# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Andria Addison, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMC Entertainment, Inc., and American Multi-Cinema, Inc.,<br><br>Defendants. | File No. 15-cv-02420 (SRN/JJK)<br><br><br><br>**ORDER OF DISMISSAL** |

Based upon the Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed by the plaintiff on May 22, 2015 [Docket No. 4].

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice against Defendants.

Dated: May 26, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge